# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 11-cv-00749-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** April 21, 2011 | **Courtroom Deputy:** Linda Kahoe |

CAROLINE EICHINGER,                                Keith Evan Frankl

    Plaintiff,

    v.

UNITEDHEALTHCARE INSURANCE                          Evan Michael Rothstein
COMPANY,

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC SETTLEMENT CONFERENCE**
**Court in session:        8:33 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Motion to File Motion to Enforce Settlement Under Seal, doc #[12], filed 4/15/2011.

Off record settlement discussions.

**ORDERED:**   The Motion to File Motion to Enforce Settlement Under Seal, doc #[12], is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 7.2. Counsel are expected to appear in person for the Scheduling Conference at **9:15 a.m. on MAY 9, 2011**, unless a Stipulated Motion to Dismiss is filed prior to that date.  A Proposed Scheduling Order and Confidential Settlement Statements are due by **MAY 2, 2011** *(see Order Setting Scheduling Conference, doc #[7])*.  The court will not stay the May 9, 2011 date of the Scheduling Conference.

HEARING CONCLUDED.

**Court in recess:        8:44 a.m.**
Total time in court:    00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.